**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN YATES,<br><br>               Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No.: 1:15-cv-00667- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 11) |

       On October 26, 2015, the parties filed a stipulation for an extension of time for Plaintiff to serve her confidential letter brief, which was to be served on October 23, 2015.  (Doc. 11)  Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties.  (Doc. 5 at 4) Because this is the first extension requested, an extension of thirty days is appropriate.

       Accordingly, **IT IS HEREBY ORDERED**:

    1.      Plaintiff's request for an extension of time is **GRANTED** nunc pro tunc; and

    2.      Plaintiff **SHALL** serve her confidential letter brief on or before **November 23, 2015**.

IT IS SO ORDERED.

    Dated:   **October 28, 2015**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

1