UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN YATES,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:15-cv-00667 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 29, 2016, the parties stipulated that the Court should award attorney's fees to the plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 21)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $4,200.00 are **AWARDED** to Carolyn Yates.


IT IS SO ORDERED.

Dated:   **December 1, 2016**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1